ORIGINAL

**FILED**
APR - 6 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re: ) Chapter 13
)
SHARRON MILO-SABANKAYA ) Case No. 07-51512 ASW
)
) **NOTICE OF UNCLAIMED DIVIDEND**
)
Debtor )
)

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2487615 for an unclaimed dividend in the amount of $15.43. The name and address of the claimant entitled to the unclaimed dividend is as follows;

SHARRON MILO-SABANKAYA
P O BOX 1312
SAN JOSE, CA 95109

Dated: April 05, 2011

_____
DEVIN DERHAM-BURK, TRUSTEE